# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| A-1 Horton's Moving Service, Inc. | ) | ASBCA No. 57750 |
| | ) | |
| Under Contract No. 000000-00-0-0000 | ) | |

APPEARANCE FOR THE APPELLANT:    Mark G. Jackson, Esq.
    Jackson Rosenfield LLP
    Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Lawrence P. Gilbert, JA
    MAJ Nicholes D. Dembinski, JA
    Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE TUNKS

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' joint stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $150,000. Appellant has agreed to waive interest and attorney's fees.

Dated: 4 April 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 57750, Appeal of A-1 Horton's Moving Service, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
